IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC FLORES,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL and FEDERAL BUREAU OF INVESTIGATION,<br><br>     Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:15-cv-288-DB-PMW<br><br>District Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul Warner on September 7, 2018, (Dkt. No. 11,) recommending that this action be dismissed with prejudice as frivolous under the IFP Statute. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and this action is DISMISSED with prejudice as frivolous under the IFP Statute. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

DATED this 27th day of September, 2018.

BY THE COURT:

Dee Benson
United States District Judge